Ct. Ex. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :     **Waiver of Indictment**
                              :
  - v. -                      :
                              :     S18 17 CR 630 (ER)
WILLIAM MORRO,                :
                              :
            Defendant.        :
                              :
------------------------------X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
WILLIAM MORRO
Defendant

_____
Witness

_____
JONATHAN S. ABERNETHY
MARK S. COHEN
WILLIAM JOHNSON
ZACHARY FARDON
Counsel for Defendant

Dated: New York, New York
       April 23        , 2024