UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA ,

                - against -

WILLIAM MORRO,

                       Defendant.
--------------------------------------------------------x

**RESCHEDULING
ORDER**

17 CR 630-8 (ER)

        Sentencing, presently scheduled for August 1, 2024, is hereby **rescheduled for**

**September 11, 2024, at 10:30 a.m.**

        It is SO ORDERED.

Dated:  New York, New York
        July 30, 2024

                           _____
                             Edgardo Ramos, U.S.D.J.