

**COHEN & GRESSER LLP**



800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Jonathan S. Abernethy
(212) 957-7600
jabernethy@cohengresser.com

# MEMO ENDORSED, pg. 2.

August 26, 2024

**<u>VIA ECF</u>**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> ***Re:  United States v. William Morro,* S18 17 Cr. 630 (ER)**

Dear Judge Ramos:

On behalf of our client, William Morro, we respectfully submit this letter to request that sentencing, currently scheduled for September 11, 2024, be adjourned.  The reason for this request is that the U.S. Probation Office did not disclose the draft Presentence Report (PSR) to us until the afternoon of Thursday, August 22.  Additionally, we did not learn of the sentencing date of September 11 until that same time.

In preparation for sentencing, we need adequate time to review and make objections to the PSR with our client.  The late disclosure of the PSR does not allow us time to do so with the current sentencing date of September 11.



The Honorable Edgardo Ramos
United States District Court
Southern District of New York
August 26, 2024
Page 2


      In light of these circumstances, we respectfully request that the Court adjourn sentencing until either Oct. 10, 16, or 18.  This is the first such request.  The government consents to the request.


                           Respectfully submitted,


                           */s/ Jonathan S. Abernethy*
                           Jonathan S. Abernethy
                           **COHEN & GRESSER LLP**
                           800 Third Avenue, 21st Floor
                           New York, New York 10022
                           (212) 957-7600
                           jabernethy@cohengresser.com


cc:  Kevin.mead@usdoj.gov (via ECF)
    mcohen@cohengresser.com (via ECF)
    alifshitz@cohengresser.com
    wjohnson@kslaw.com
    zfardon@kslaw.com


Sentencing is adjourned to October 18, 2024, at 11:30 a.m.
SO ORDERED.



Edgardo Ramos, U.S.D.J.
Dated:  8/27/2024
New York, New York